IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

GLEN EARL BLACKWELL, )
)
       Plaintiff, )
)
v. ) Case No. CIV-13-534-D
)
CAROLYN W. COLVIN, Acting )
Commissioner, Social Security Administration, )
)
       Defendant. )

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1)(B). Judge Purcell finds that the Commissioner's decision denying Plaintiff's applications for disability insurance and supplemental security income benefits should be affirmed pursuant to 42 U.S.C. § 405(g). Plaintiff, who is represented by counsel, has not filed a timely objection to the Report and Recommendation nor requested additional time to object. Upon consideration, the Court finds that Plaintiff has waived further judicial review.

IT IS THEREFORE ORDERED that the Court adopts the Report and Recommendation [Doc. No. 20] in its entirety. The Commissioner's decision is affirmed. Judgment shall be entered accordingly.

IT IS SO ORDERED this 14th day of July, 2014.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE